■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALTON HATCH, Appellant.—Appeal by the defendant from a judgment of the County Court, Westchester County (Cowhey, J.), rendered October 17, 1989, convicting him of burglary in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the appeal is dismissed *(see, People v Seaberg,* 74 NY2d 1).* Thompson, J. P., Kunzeman, Eiber, Rosenblatt and Ritter, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ARTHUR LEE JONES, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Westchester County (Nicolai, J.), rendered May 29, 1990.

Ordered that the appeal is dismissed *(see, People v Seaberg,* 74 NY2d 1).* Bracken, J. P., Kooper, Lawrence, Balletta and O'Brien, JJ., concur.